## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00081 |
| ) | Judge Trauger |
| ) | |
| BRIAN SCOTT BOTTOMS ) | |

### O R D E R

It is hereby **ORDERED** that a pretrial conference will be held in this case on Friday, August 9, 2013, at 1:00 p.m. The court will attempt to rule on the motions in limine at that time.

If the defendant is willing to waive his appearance at the pretrial conference, the pretrial conference will be held in chambers on the record. If the defendant is not willing to waive his appearance, the pretrial conference will take place in the courtroom. Counsel for the defendant shall inform all parties as soon as he knows whether or not the defendant will be attending the pretrial conference, so that appropriate arrangements can be made.

It is so **ORDERED**.

ENTER this 5th day of August 2013.

ALETA A. TRAUGER
U.S. District Judge