UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED in PART for extension to noon on 8/29/13.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00081 |
| BRIAN SCOTT BOTTOMS | ) | |
| | ) | JUDGE ALETA A. TRAUGER |
| | ) | |

## MOTION FOR EXTENSION OF TIME TO SUBMIT SOCIAL SECURITY MANUAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Middle District of Tennessee, hereby moves this court to extend the time upon which to submit to the Court a Sensitive Social Security Administration Document for in camera inspection and in support states the following:

1. On August 9, 2013, the Court ordered that the government ascertain whether a Social Security Administration ("SSA") document exists that instructs SSA employees on how to handle threats. If such a document exists, the government was ordered to submit this document to the Court for an in camera inspection on August 21, 2013. The Court will then decide if any, or all, of the document is subject to disclosure to the defendant in preparation for trial.

2. The MDTN United States Attorney's Office ("USAO") has been in contact with SSA employees, to include an attorney in their legal counsel department to obtain this document. A document detailing how SSA employees are to react to a threat does exist. However, this document is considered to contain sensitive information by the SSA and the USAO has not yet been able to obtain the document. The government will continue efforts to obtain this document.