IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00081 |
| | ) | Judge Trauger |
| | ) | |
| BRIAN SCOTT BOTTOMS | ) | |

## O R D E R

Pursuant to this court's Order of August 9, 2013 (Docket No. 36), the government has furnished on this date to the court *in camera* Instruction Nos. 07 and 08 of the Administrative Instructions Manual System of the Social Security Administration. The court has reviewed this information and finds no *Brady* material nor any information exculpatory of the defendant's guilt within these documents.

The court does note and informs the defendant that examples of the kinds of threats to be reported as incidents are as follows:

1. Claimant was required to repay a large overpayment and is quite distraught about it. He threatened to "come in and do to us what we did to him."

2. Claimant said "SSA should remember what happened in Oklahoma City."

These documents also state: "In the normal course of conducting business with the public, our customers may occasionally become upset and raise their voices, but this does not always result in an incident. There is sometimes a fine line between an expression of anger and an incident. Management must use their judgment in deciding if the situation rises to the level of an incident."

1

It is hereby **ORDERED** that the government does not need to provide copies of these materials to the defense.

It is so **ORDERED**.

ENTER this 29th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge