UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-cr-00081 |
| | ) | Judge Trauger |
| BRIAN SCOTT BOTTOMS | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, by and through counsel, and moves the Court to continue his trial, currently scheduled for December 10, 2013, for sixty (60) or more days. For cause, the Defendant would show the Court that he filed two (2) *pro se* motions; to wit, To Relieve Counsel and to Proceed *Pro Se* and To Reconsider Dismissal Based Upon Spoilation of Evidence (Docs. 46, 48) which were deemed moot when Defendant agreed to seek Pre-Trial Diversion. (Doc. 55, 57). On November 22, 2013, Probation and Pre-Trial Services notified Defendant that he was not a suitable candidate for Pre-Trial Diversion.

Defendant requests a continuance of no less than sixty (60) days in order to prepare for trial due to the likelihood that he will renew the above-mentioned *pro se* motions. Defendant requests that any hearing on this motion not be scheduled between December 10 and December 17, 2013 as his attorney will be out-of-town on those dates.